UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LLOYD A. BARNES | CIVIL ACTION |
| VERSUS | NO. 17-1415 |
| DARRYL VANNOY, WARDEN | SECTION: "N"(1) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 17), and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Lloyd A. Barnes is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 11th day of April, 2018.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE